IT IS SO ORDERED.

Dated: 02:34 PM December 06 2006

*Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | |
|---|---|
| In re: | Case No. 06-51817 |
| James Keith Slabaugh | |
| Shelly Lyn Slabaugh | Chapter 13 |
| Debtor(s). | |
| | Judge Marilyn Shea-Stonum |
| | AGREED ORDER FOR RELIEF FROM STAY |

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by Beneficial Ohio Inc. ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor(s), counsel for Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion.

**IT IS, THEREFORE, ORDERED**:

1. The Debtor(s) shall maintain regular monthly post-petition payments to Movant outside the Chapter 13 plan beginning with a post-petition payment in the amount of $898.91 due by November 22, 2006. Creditor will move the remaining post-petition arrearage in the amount of $2,693.73 to the end of the loan.

2. The Debtor(s) will next be due on December 22, 2006 for their regular payment of $898.91. Failure by the Debtor(s) to make any payment within fifteen (15) days of the date due shall constitute a default.

3. Upon the existence of a default, Movant's counsel may send Debtor(s) and counsel for Debtor(s) a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay.

4. If the default is not cured within that 10-day period, then upon the filing of an affidavit by Movant attesting to the default by the Debtor(s), an Order shall be entered without further hearing, terminating the stay imposed by § 362(a) of the Bankruptcy Code with respect to Movant, its successors and assigns on its property located at 523 Harvard Avenue, Barberton, OH 44203.

###

**SUBMITTED BY:**

**/s/Jerome L. Holub**
Jerome L. Holub
Chapter 13 Trustee

**/s/Stephen D. Miles**
Stephen D. Miles #0003716
Attorney for Movant
18 West Monument Avenue
Dayton, Ohio 45402
(937) 461-1900/461-0444 fax

**/s/Robert M. Whittington, Jr.**
Robert M. Whittington, Jr.
Attorney for Debtor(s)
159 S. Main Street 1023 Key Building
Akron, OH 44308-1318
(330) 384-8484/384-8953 fax
elkwhitt@neo.rr.com

## SERVICE LIST

Robert M. Whittington, Jr.
Attorney for Debtor(s)
159 S. Main Street
1023 Key Building
Akron, OH 44308-1318

Jerome L. Holub
Trustee
One Cascade Plaza Suite 2020
Akron, OH 44308-1318

Stephen D. Miles
Attorney for Movant
18 West Monument Avenue
Dayton, OH 45402

James Keith Slabaugh and Shelly Lyn Slabaugh
523 Harvard Avenue
Barberton, OH 44203

Office of the U. S. Trustee
200 Public Square BP Tower
Suite 3860
Cleveland, OH 44114-2301