IT IS SO ORDERED.

Dated: 01:13 PM November 25 2008

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | | |
|---|---|---|
| In re: | ) | Case No. 06-51817 |
| | ) | Chapter 13 |
| James Keith Slabaugh | ) | Judge Marilyn Shea-Stonum |
| Shelly Lyn Slabaugh | ) | |
| Debtor(s). | ) | ORDER UPON AFFIDAVIT (Doc. No. 52) |
| | ) | GRANTING FINAL RELIEF FROM STAY |
| | ) | (523 Harvard Avenue, Barberton, Ohio |
| | ) | 44203) |

This matter came on for consideration by the Court upon the Affidavit (Doc. No. 52) of Beneficial Ohio Inc.

The Court finds that:

1). On December 6, 2006, an Agreed Order was entered by agreement of the debtors and Beneficial Ohio Inc. ("Order").

2). The debtors are in default under the terms of the Order as attested to in the Affidavit filed herein.

**IT IS HEREBY ORDERED THAT:**

1). The stay imposed by section 362(a) of the Bankruptcy Court is terminated with respect to Beneficial Ohio Inc., its successors and assigns, as to its collateral identified as real property located at 523 Harvard Avenue, Barberton, Ohio 44203.

2). The Trustee shall discontinue plan payments to Beneficial Ohio Inc. on its secured claim.

3). An accounting of the proceeds received from the sale of the collateral shall be provided to the Chapter 13 Trustee if there are any excess funds.

4). Creditor shall proceed with a foreclosure of the real property located at 523 Harvard Avenue, Barberton, Ohio 44203.

**###**

**SUBMITTED BY:**

**/s/ Stephen D. Miles**

STEPHEN D. MILES #0003716
Attorney for Movant
18 West Monument Avenue
Dayton, Ohio 45402
(937) 461-1900/461-0444 fax
sdm@mileslaw.com

# SERVICE LIST

# Mailing Information for Case 06-51817-mss

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Alane A Becket Notices@becket-lee.com
- Stephen D Miles sdm@mileslaw.com, mmiles@mileslaw.com
- Keith Rucinski efilings@ch13akron.com
- Linh Tran bline.chapter13@blinellc.com
- United States Trustee (Registered address)@usdoj.gov
- Robert M Whittington elkwhitt@neo.rr.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case so will need to be served by **ordinary U.S. Mail addressed to:**

James Keith Slabaugh  Shelly Lyn Slabaugh
523 Harvard Avenue
Barberton, OH 44203

Capital Recovery Management Systems Corporation
25 SE 2nd Ave
#1120
Miami, FL 33131

PRA Receivables Management, LLC
PO Box 41067
NORFOLK, VA 23541