**THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: | CHAPTER 13<br>CASE NO: 06-51817 |
| JAMES KEITH and SHELLY LYN SLABAUGH<br>Debtor(s) | MARILYN SHEA-STONUM<br>BANKRUPTCY JUDGE |
| | TRUSTEE'S RECOMMENDATION<br>FOR TREATMENT OF CLAIM |
| | Recommendation is Effective As Of **5/10/2010** Unless An Objection Is Filed With The Court |

---

The Chapter 13 Trustee requests that the following claim be paid under the Chapter 13 plan as recommended:

Proof of claim: JOHN DONOFRIO          Date filed: 10/14/2008

US Court Claim # 12-2

| **Claim As Filed:** | | **Trustee's Recommendation:** | |
|---|---|---|---|
| Secured | **$2,463.35** | Secured | **$2,463.35** |
| Interest | | Interest | |
| Unsecured | | Unsecured | |
| Priority | | Priority | |

**\*\*\*Trustee's Recommendation\*\*\***

**Trustee Recommendation Amended. Claim was amended on 1/29/10 by the creditor to include 2007 & 2008 during the objection period for claim 12-1.**

**In accordance with 11 USC Section 102 and Administrative Order 02-08, party in interest shall have 40 days from the date of service of this Recommendation to file an objection and to request a hearing before the Court. If no party in interest timely objects and requests a hearing, the Trustee will be authorized, directed, and ordered to pay the claim pursuant to this Recommendation and the Recommendation will be deemed an Order of the Court. All objections and requests for hearing shall be served on the Trustee, Debtor(s), counsel for the Debtor(s), and all other parties set forth in the**

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

certificate of service. Objections and requests for hearing must be filed with the US Bankruptcy Court at:

US Bankruptcy Court<br>
2 South Main Street<br>
455 John F. Seiberling Federal Building<br>
Akron, OH 44308-1810

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: **krucinski@ch13akron.com**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to:

```
JAMES KEITH SLABAUGH            SHELLY LYN SLABAUGH
523 HARVARD AVE                 523 HARVARD AVE
BARBERTON, OH 44203             BARBERTON, OH 44203
(Via Regular Mail)              (Via Regular Mail)
```

**ROBERT M WHITTINGTON** (via ECF)

**JOHN DONOFRIO**
**220 SOUTH BALCH STREET**
**SUITE 118**
**AKRON, OH 44302-1606**
(via Regular Mail)

Keith L. Rucinski, Chapter 13 Trustee (via ECF)

Office of the US Trustee (via ECF)

Date of Service: 3/30/2010          By: **Natalie Everly**
                                    Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com